Exhibit 1



Exhibit 1
Page 25



cricket.com :: Live Scores

🏠 ▾ 🖃 ▾ 🖶 ▾ Page ▾ Safety ▾ Tools ▾ ❷ ▾

Stags collapse hands victory to Firebirds

**Sheffield Shield - 4 Day Match (17th Match)**

**10:30 - Result only**
Western Australia
Tasmania

**SuperSport Series - 4 Day Match (13th Match)**

**Stumps - Day 1 - Result only**
Dolphins
Cape Cobras

**SuperSport Series - 4 Day Match (14th Match)**

**Stumps - Day 1 - Result only**
Titans      194/5
Lions
scorecard

**SuperSport Series - 4 Day Match (15th Match)**

**Stumps - Day 1 - Result only**
Knights
Warriors

**HRV Cup - T20 (15th Match)**

**18:00 - Result only**
Canterbury
Northern Districts

## Twitter

about 1 day ago we said, Volts slump to fifth
straight Twenty2o defeat: The Otago Volts
slumped to their fifth straight HRV Twenty2o
Cup ... http://bit.ly/g3iMlz
**twitter**🐦     Join the conversation

## Facebook

cricket.com on Facebook
👍 Like

331 people like cricket.com





Mradul   Vajbharana   Sanjay   Dilraj

f Facebook social plugin



# cricket.com

Home | Privacy | Terms & Conditions      © 2010 Global Cricket Ventures

Exhibit 1
Page 27








Exhibit 1

Page 28



Exhibit 1
Page 29

Exhibit 1
Page 30

PureTalk USA

COVERAGE MAP   CUSTOMER LOGIN   ABOUT US   HOME

Plans | Phones | Simply Better | FAQ | Shop Now

Get Started!

**No-contract Cell Phone Service**





## Simply Better.
## See for Yourself.

- Plans Starting at $10/month for 101 minutes
- No Contract or extra fees
- You Set the Limit - Adjusts to fit your calling needs and budget while you take advantage of your unused minutes with our always-rollover minutes.
- Talk and Text With No Limits with our unlimited plan!

Pure TalkUSA offers no-contract cell phone service, with no hidden fees, roaming charges, or taxes. Who wants to be chained to their phone, or their service, for two years when your needs and your budget can change?

With no-contract cell phone service, you can cancel, switch, or add minutes onto a plan whenever you like!

Here are a few reasons why freedom from a contract can change the way you think about cell phone service:

- Pure TalkUSA allows you to change your plan as often or as little as you like. If you decide that our low-cost cell phone service isn't for you – no problem! Just cancel for as long as you like. It's that simple. No charges, fees, or restrictions.
- Do you have family or friends who want to add to your account? Our Pure TalkUSA Family Flex Plan allows you to add additional lines for only $5! And when you remove the additional lines, it's as easy as changing your account online or calling one of our friendly customer service reps.



nexus S

Features    Gallery    Tech Specs    Help    Buy Now

## Pure Google

The new Android phone from Google.

Get it at Best Buy    Watch the video

Gingerbread pre-installed    Fast just got faster    Brilliant Contour Display    Latest Google Mobile apps

Follow Nexus S

© 2010 Google – Terms of Service – Privacy Policy    United States – United Kingdom

Exhibit 1
Page 31



lcw wireless becomes wholly owned subsidiary of cricket ⦁

**August 25, 2010**

**LCW Wireless Becomes Wholly Owned Subsidiary of Cricket**

~ Cricket Obtains Remaining 5.4 Percent of LCW for $3.2 Million in Cash~

SAN DIEGO, Aug 25, 2010 (BUSINESS WIRE) --

Leap Wireless International, Inc. (NASDAQ:LEAP), a leading provider of innovative and value-driven wireless communications services, today announced that its wholly owned subsidiary, Cricket Communications, Inc. (Cricket), today completed the acquisition of all of the remaining third party membership interests in its joint venture LCW Wireless, LLC (LCW) for $3.2 million in cash. LCW was formed as a joint venture between Cricket, CSM Wireless, LLC (CSM) and WLPCS Management, LLC (WLPCS) in July 2006, in which Cricket held a majority non-controlling stake. In March 2010, Cricket purchased CSM's 24 percent membership interest in LCW for $21 million. The Federal Communications Commission (FCC) granted its approval of the transfer of control of LCW from WLPCS to Cricket in July 2010.

LCW, through its wholly owned subsidiaries, provides Cricket service, and holds FCC licenses covering approximately 3 million covered POPs, in Portland, Salem and Eugene, Oregon.

**About Leap**

Leap provides innovative, high-value wireless services to a fast-growing, young and ethnically diverse customer base. With the value of unlimited wireless services as the foundation of its business, Leap pioneered its Cricket (R) service. The Company and its joint ventures operate in 35 states and the District of Columbia and hold licenses in 35 of the top 50 U.S. markets. Through its affordable, flat-rate service plans, Cricket offers customers a choice of unlimited voice, text, high-speed data and mobile Web services. Headquartered in San Diego, Calif., Leap is traded on the NASDAQ Global Select Market under the ticker symbol "LEAP." For more information, please visit http://investor.leapwireless.com.

Exhibit 1
Page 32





cricket | cell phones | smartphones | plans | broadband | cricket PAYgo | features & downloads | MY ACCOUNT

LEARN ABOUT | COMMUNITY | SUPPORT

coverage maps | find a store | email signup

activate   top-up   send text   **en español**

search mycricket.com   **go**

🛒 items in cart: 0

cricket adds a human touch to the smartphone market with its first android(r) phone, the sanyo zio by kyocera



Samsung Messager Touch

only **$79.99**
with mail-in offer

**shop now**

**navigate**

Overview
Competitive Comparison
Tips for Switching
Our Technology
**Company Information**
  Management
▸ **Press Releases**
  2010
  2009
  2008
  2007
  2006
  2005
Media Contact
E-Press Kit
Request Press Kit

August 26, 2010

### Cricket Adds a Human Touch to the Smartphone Market with Its First Android(R) Phone, the Sanyo ZIO by Kyocera

*~ Wireless Value Leader First to Offer New, Sleek and Stylish Smartphone with $55 Android Flat-Rate Plan~*

SAN DIEGO, Aug 26, 2010 (BUSINESS WIRE) --

Cricket Communications Inc.,a leading provider of innovative and value-driven wireless services and a wholly-owned subsidiary of Leap Wireless International Inc. (NASDAQ:LEAP), and Kyocera Communications Inc., provider of Kyocera- and Sanyo-branded wireless devices, today announced the immediate availability of the Sanyo ZIO (pronounced Zi -O) by Kyocera, the highly-anticipated first Android phone launched by the innovative leader in no-contract, nationwide mobile wireless. ZIO blends an elegant design with an ultra-intuitive user interface to unlock the vast array of content and applications in Android Market(TM).

The all-new Sanyo ZIO by Kyocera is immediately available online at www.mycricket.com, at Cricket-branded retail stores and at dealers nationwide without a contract for $249.99. The sleek new device comes equipped with a vivid, 3.5inch WVGA touchscreen and runs on Cricket's all-3G network, providing users with access to the tens of thousands of Android Market applications, GPS capabilities and much more. In addition, the ZIO features real web browsing at 3G speeds and Wi-Fi connectivity.

"Launching ZIO as our inaugural Android device is the first big step of many that Cricket is taking to provide elite, yet affordable devices and service plans to customers on any type of budget," stated Matt Stoiber, vice president and general manager of devices for Cricket Communications. "Not only are we offering Smartphones at extremely competitive prices, but our rate plans truly reflect the needs of our customers and a respect that we have for their wallets."

ZIO uses CDMA2000 1xEV-DO rev. A and Wi-Fi network technologies and features an impressive, high-resolution 3.5-inch WVGA motion-enhanced, touchscreen display as a backdrop for a fully customizable mobile multimedia experience. Along with the touchscreen, an intuitive, effortless trackball helps users navigate

Exhibit 1
Page 33



Exhibit 1
Page 34

K Cricket Announces Availability of Kyocera Domin...



**cricet**

Order Now
Call **800-922-5159**

activate | top-up | send text | **en español** [go]

search mycricket.com

[items in cart: 0]

cricket | cell phones | SHOP | LEARN ABOUT | COMMUNITY | SUPPORT | MY ACCOUNT | features & downloads

coverage maps | find a store | email signup

smartphones | plans | broadband | cricket PAYGo

coverage maps | coverage | accessories

**cricket announces availability of kyocera domino**



Samsung
Messager Touch
only **$79.99**
with mail-in offer
[shop now]



**navigate**

Overview
Competitive Comparison
Tips for Switching
Our Technology
**Company Information**
Management
▸ **Press Releases**
  2010
  2009
  2008
  2007
  2006
  2005

Media Contact
E-Press Kit
Request Press Kit

Careers

July 20, 2010

**Cricket Announces Availability of Kyocera Domino**

~ *Latest Domino Device Enhances Features and Usability at Same Great Price*~

SAN DIEGO, Jul 20, 2010 (BUSINESS WIRE) --

Cricket Communications Inc.,a leading provider of affordable wireless services and a wholly-owned subsidiary of Leap Wireless International, Inc. (NASDAQ:LEAP), and Kyocera Communications Inc., provider of Kyocera - and Sanyo-branded wireless devices, today announced the availability of the Kyocera Domino (S1310) mobile phone. It is available immediately at Cricket retail stores nationwide, licensed Cricket dealers and www.mycricket.com.

The Domino, which replaces the Kyocera S1300 in Cricket's portfolio, embodies affordable functionality, with enhanced features like an improved keypad, Bluetooth[R] capabilities and a stylish new champagne-gold color scheme with magma-hued accents. Combined with Cricket's nationwide voice coverage and value-driven, unlimited services plans, the conveniently sized, bar-style phone provides a wide variety of features at an affordable price to please consumers.

"This phone is perfect for our customers who want a stylish, user-friendly mobile phone that offers everything they need at a very affordable price," said Matt Stoiber, vice president and general manager of devices for Cricket. "The Domino strengthens Cricket's already versatile handset portfolio, as the Company prepares to expand the line-up even further with the upcoming launch of smartphones before year's end."

"Kyocera and Cricket enjoyed great success with the Kyocera S1300, the predecessor to the Domino, and we've improved on that device to pack the Domino with even more features, but at the same low price point," said Eric Anderson, vice president of sales at Kyocera Communications Inc. "For customers who want a highly functional and dependable phone at an entry-level price, the Domino is an ideal fit."

Exhibit 1
Page 35



Cricket Launches New Navigation Solution | Cric...

Order Now
Call **800-922-5159**
or ☞ **Click to Chat**



Samsung
Messenger Touch
only **$79.99**
with mail-in offer
● shop now

cricket | cell phones | smartphones | plans

activate | top-up | send text | **en español**

search mycricket.com | go ●

🛒 items in cart: 0

☐ coverage maps  ⌂ find a store  ✉ email signup

coverage

**LEARN ABOUT**   COMMUNITY   SUPPORT   MY ACCOUNT

broadband | cricket PAYGo | features & downloads | accessories

**navigate**

Overview
Competitive Comparison
Tips for Switching
Our Technology
**Company Information**
   Management
▶ **Press Releases**
   2010
   2009
   2008
   2007
   2006
   2005

Media Contact
E-Press Kit
Request Press Kit

Careers

## cricket launches new navigation solution ◌

**April 20, 2010**

### Cricket Launches New Navigation Solution

*~ Cricket Navigator powered by TeleCommunication Systems Combines Premium Voice Guided Turn-by-Turn Navigation with Unique Money-Saving and Time Management Features ~*

SAN DIEGO – April 20, 2010 – Cricket Communications, Inc., a leading provider of unlimited wireless services, today announced the availability of Cricket Navigator, a new premium voice-guided turn-by-turn navigation solution that will be exclusive to Cricket customers. In addition to the core navigation features, Cricket Navigator features specific functions that put time and money-saving local information at a user's fingertips. Examples of the premium features include:

- *Gas Savings* – Cricket Navigator allows users to search for all nearby gas stations, and lists the results by both price and distance to current location. The user can then select the station of their choice, and receive directions to the location.
- *Traffic* – For users who need to get to their location quickly, Cricket Navigator identifies potential traffic holdups on a user's route and then alerts the driver with information about the issue ahead. Cricket Navigator will then provide the driver with the option of a detour to assure a traffic snarl-free ride that will get them to their destination on time
- *Local Entertainment*– When a user is on the road in a new city, Cricket Navigator can help travelers explore the nightlife and local entertainment. Users can search by a specific event venue, look for nearby bars and restaurants, or view show times and read reviews of movies playing at local theaters.
- *Hyper-Local Search* – Cricket Navigator is pre-loaded with search features that let users avoid the hassles of the yellow pages and find any specific business or location. Users can search for anything from the nearest Cricket retail store, to the specific address of a friend or family member.

"Cricket users have been buzzing for a premium turn-by-turn navigation solution, and we believe Cricket Navigator will be just what they've been looking for," said Jeff Toig, vice president/general manager of voice/data services for Cricket. "We bring innovative features to our customers while making sure we continue to provide the best value in wireless."



Exhibit 1
Page 36

Great Deals on Cell Phones!

# cellulardeals.com

Today's Featured Deal
Dec 16 2010

GET FREE ACTIVATION
Save up to $150
(up to $30 credit per line from AT&T)
Ends Midnight Friday, 12/31
SHOP NOW!

order by phone: 866-488-1979

**Upgrade Eligibility**
Am I Eligible?

**Holiday Sale**
Special holiday steals for a limited time!

**Free Cell Phones**
$0.00 with new account contracts

**Android Phones**
Check out the latest Android phones!

**Verizon Wireless**
New Accounts
Upgrades/Renewals
Add A Line
Replacement Phones

**AT&T**
New Accounts
Upgrades/Renewals
Add A Line
Replacement Phones

**T-Mobile**
New Accounts
Upgrades/Renewals
Add A Line
Replacement Phones

**Sprint**
New Accounts
Upgrades/Renewals
Add A Line
Replacement Phones

## Free Cell Phones

Select from over one hundred free phones (with activation).

Free Cell Phones | Sign up for a contract with a new carrier


DROID INCREDIBLE by HTC
**FREE**
after instant discount with a Verizon Wireless account.
SELECT


Samsung Intercept Gray Steel
Sprint
**FREE**
after instant discount with a Sprint account.
SELECT


Sony Ericsson Xperia X10
at&t Authorized Retailer
**FREE**
after instant discount with a AT&T account.
SELECT

### LG Sentio
FOR T-MOBILE

- Additional Items Included – Charger, International Charger, Data Kit (Cable), Stereo Headset
- Email Client – Yes, Supports POP, IMAP, SMTP, and Web-based Email Services Like AOL, Yahoo, Windows Live, and Gmail
- Mobile Web Browsing – Yes, Browse The Web Using Mobile Web From T-Mobile
- Instant Messenger – Yes, Chat With Your Friends On-the-go Over AIM, MSN Live, and Yahoo
- Multimedia Messaging – Yes, Send and Receive Picture and Video Messages

**FREE**



Exhibit 1
Page 37



**Consumer Cellular®**

Ready to save on your cell service?
Call us toll free 1-888-428-6421
Our sales people are standing by to help.

Already with Consumer Cellular? Login >

# Get the superior, low-cost wireless you deserve.

Simple, affordable and no long-term contracts.
**Plans start at just:**

## $10 per month!

**Find your low rate cell phone plan.**
With our money back guarantee, it is risk free!

**START SAVING ▸**

### The Consumer Cellular
## Difference

**Switch today, it's easy!**
- Keep your cell phone number
- Get a **free cell phone** and free shipping
- Get low cellular rates
- **No long-term contracts to sign**
- Top-ranked customer support
- **Guaranteed satisfaction**



### Low Cost
## Plans

Consumer Cellular has made everything simple about cellular service - starting with our **money saving cell phone plan pricing.** And our enhanced digital service means you **pay the same low rate** for all your cellular calls anywhere in the United States.

### Select Group of
## Cell Phones

We've assembled a select group of quality cell phones that makes it easy to find the right combination of features, style and price that's perfect for you.
**Try us today!**






Exhibit 1
Page 38







Exhibit 1
Page 39