1  Lisa M. Martens (CA SBN 195824)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, California 92130
3  Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099
4  Email: martens@fr.com

5  Attorney for Plaintiff
   CRICKET COMMUNICATIONS, INC.

6  Holly Pranger (CA SBN 215270)
   PRANGER LAW GROUP
7  3223 Webster Street
   San Francisco, California 94123
8  Telephone: (415) 885-9800
   Facsimile: (415) 346-8987
9  Email: hpranger@prangerlaw.com

10 Attorney for Defendant
   GLOBAL CRICKET VENTURES
11

12                   UNITED STATES DISTRICT COURT

13                   SOUTHERN DISTRICT OF CALIFORNIA

14

15 | CRICKET COMMUNICATIONS, INC., a Delaware corporation | Case No. 11:cv-0345 LAB WVG |
   |---|---|
16 | Plaintiff, | **PLAINTIFF CRICKET COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF SERVICE DEADLINE** |
17 | v. | |
18 | GLOBAL CRICKET VENTURES, a Mauritius corporation | |
19 | | |
20 | Defendant. | Courtroom: 9 |
   | | Judge: Honorable Larry Alan Burns |

21

22

23

24

25

26

27

28
                                                          Case No. 11:cv-0345 LAB WVG

Pursuant to Local Rule 4.1 and 83.3, Plaintiff Cricket Communications, Inc. ("Cricket") respectfully submits this unopposed motion requesting that the Court extend the current service of process deadline by sixty days from June 17, 2011 to August 16, 2011.

On February 18, 2011, Cricket filed a trademark infringement lawsuit against Defendant Global Cricket Ventures in the District Court for the Southern District of California. Defendant is a Mauritius corporation and although Rule 4(m) of the Federal Rules of Civil Procedure exempts service in a foreign country from the 120-day time limit, the Court has the prerogative to manage its own dockets. Thus, as a precaution, Cricket seeks affirmative relief from the current service of process deadline.

Good cause exists for the extension because the parties have reached a settlement in principle and the settlement should be finalized within sixty days. On June 16, 2011, counsel for Defendant, Ms. Pranger, informed Cricket's counsel that she was preparing the settlement agreement, but would not have it finalized until after the current service deadline. Ms. Pranger also stated that she had no objection to Cricket filing this unopposed motion to extend service of process by sixty days. (Decl. of Lisa M. Martens, ¶3). To prevent Cricket from unnecessarily incurring the time and expense of foreign service, particularly given the fact that the parties have reached an agreement in principle that they expect to resolve this case, Cricket respectfully requests the Court extend the deadline for service of process to August 16, 2011 to allow the settlement to be finalized.

DATED: June 17, 2011

Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Lisa M. Martens
       Lisa M. Martens, Esq.

Attorney for Plaintiff
CRICKET COMMUNICATIONS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 17, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other counsel of record will be served by United States mail.

                                                                          /s/ Lisa Martens
                                                                          Lisa M. Martens