UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CRICKET VENTURES, a Mauritius corporation<br><br>Defendant. | Case No. 11:cv-0345 LAB WVG<br><br>**ORDER GRANTING PLAINTIFF CRICKET COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF SERVICE DEADLINE**<br><br>Judge:        Hon. Larry A. Burns<br>Magistrate: Hon. William V. Gallo<br>Courtroom: 9 |

On June 17, 2011, Plaintiff Cricket Communications, Inc. ("Cricket") filed an unopposed motion requesting that the Court extend the current service of process deadline by sixty days from June 17, 2011 to August 16, 2011.

The Court, for good cause shown, hereby **GRANTS** Cricket's motion and extends Cricket's time to serve process to **August 16, 2011**.

**IT IS SO ORDERED.**
DATED: June 20, 2011

_____
HON. LARRY A. BURNS
United States District Judge

Case No. 11:cv-0345 LAB (WVG)