Lisa M. Martens (CA SBN 195824)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
Email: martens@fr.com

Attorney for Plaintiff
CRICKET COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., a Delaware corporation<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>GLOBAL CRICKET VENTURES, a Mauritius corporation<br><br>　　　　　　Defendant. | Case No. 11:cv-0345 LAB WVG<br><br>**PLAINTIFF CRICKET COMMUNICATIONS, INC.'S UNOPPOSED MOTION FOR EXTENSION OF SERVICE DEADLINE**<br><br>Courtroom: 9<br><br>Judge: Honorable Larry Alan Burns |

Case No. 11:cv-0345 LAB WVG

Pursuant to Local Rule 4.1 and 83.3, Plaintiff Cricket Communications, Inc. ("Cricket") respectfully submits this unopposed motion requesting that the Court extend the current service of process deadline by thirty days from August 16, 2011 to September 15, 2011.

On February 18, 2011, Cricket filed a trademark infringement lawsuit against Defendant Global Cricket Ventures in the District Court for the Southern District of California. Defendant is a Mauritius corporation and although Rule 4(m) of the Federal Rules of Civil Procedure exempts service in a foreign country from the 120-day time limit, the Court has the prerogative to manage its own dockets. Thus, as a precaution, on June 17, 2011, Cricket previously sought affirmative relief from the original service of process deadline.  On June 21, 2011 the Court granted Cricket's previous motion and extended the service of process deadline to August 16, 2011.  (Decl. of Lisa M. Martens, ¶2).

Good cause exists for an additional extension of the service of process deadline because the parties have reached a settlement in principle and have continued to work diligently to finalize a settlement agreement.  The parties have exchanged redlined drafts of the settlement agreement with the intent to have it executed prior to September 15, 2011.  Counsel for Defendant does not oppose Cricket filing this motion to extend service of process by thirty days to September 15, 2011. (Martens Decl., ¶¶3-4). To prevent Cricket from unnecessarily incurring the time and expense of foreign service, particularly given the fact that the parties have reached an agreement in principle that they expect to resolve this case, Cricket respectfully requests the Court extend the

///
///
///
///
///

1                                      Case No. 11:cv-0345 LAB WVG

1  deadline for service of process to September 15, 2011 to allow the settlement to be
2  finalized.
3  DATED:  August 16, 2011                    Respectfully submitted,
4                                             FISH & RICHARDSON P.C.
5
6                                             By:  /s/ Lisa M. Martens
                                                    Lisa M. Martens, Esq.
7
                                               Attorney for Plaintiff
8                                              CRICKET COMMUNICATIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 16, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other counsel of record will be served by United States mail.

                                              */s/ Lisa Martens*
                                              Lisa M. Martens