Lisa M. Martens (CA SBN 195824)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: martens@fr.com

Attorney for Plaintiff
CRICKET COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL CRICKET VENTURES, a Mauritius corporation<br><br>Defendant. | Case No. 11:cv-0345 LAB WVG<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Judge:        Hon. Larry A. Burns<br>Magistrate: Hon. William V. Gallo<br>Courtroom:  9 |

Case No. 11:cv-0345 LAB WVG

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Cricket Communications, Inc.
2  ("Plaintiff") files this Notice of Dismissal with Prejudice as to Defendant Global Cricket
3  Ventures ("Defendant").  In support thereof, Plaintiff states: Plaintiff filed its Original
4  Complaint on February 18, 2011; Defendant has not filed an answer or a motion for
5  summary judgment in this action, and Plaintiff files this Notice of Dismissal pursuant to
6  Fed. R. Civ. P. 41(a)(1)(A)(i) to dismiss with prejudice its claims against Defendant.

8  DATED:  September 15, 2011                              Respectfully submitted,

9                                                          FISH & RICHARDSON P.C.

11                                                         By:  /s/ Lisa M. Martens
                                                                Lisa M. Martens, Esq.

12                                                         Attorney for Plaintiff
13                                                         CRICKET COMMUNICATIONS, INC.

                                   1                           Case No. 11:cv-0345 LAB WVG

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 15, 2011 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d). Any other counsel of record will be served by United States mail.

*/s/* Lisa Martens
Lisa M. Martens