# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRICKET COMMUNICATIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>GLOBAL CRICKET VENTURES, a Mauritius corporation,<br><br>Defendant. | CASE NO. 11cv0345-LAB (WVG)<br><br>**ORDER OF DISMISSAL** |

On September 15, 2011, Plaintiff filed a notice of dismissal with prejudice. Defendant has not filed an answer or otherwise appeared. Pursuant to Fed. R. civ. P. 41(a), this action is therefore **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

DATED: September 16, 2011

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge